1　Rachel M. Dollar, SBN 199977
　Richard R. Sutherland, SBN 240858
2　SMITH DOLLAR PC
　Attorneys at Law
3　404 Mendocino Avenue, Second Floor
　Santa Rosa, California 95401
4　Telephone:  (707) 522-1100
　Facsimile:  (707) 522-1101
5
　Attorneys for Defendants VICTORIA'S SECRET, VICTORIA'S SECRET STORES
6　BRAND MANAGEMENT, INC., L. BRANDS STORE DESIGN AND
　CONSTRUCTION, INC., L. BRANDS DIRECT FULFILLMENT, INC., L.
7　BRANDS, INC.

8
　　　　U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
9
　　　　　　　　　　　　(SACRAMENTO DIVISON)
10

| | |
|---|---|
| 11 BARBARA BOGGS, | CASE NO.:  2:15-CV-01920- KJM-KJN |
| 12 　　　Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EARLY SETTLEMENT CONFERENCE** |
| 13 v. | |
| 14 VICTORIA'S SECRET, VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., L. BRANDS STORE DESIGN AND CONSTRUCTION, INC., L. BRANDS DIRECT FULFILLMENT, INC., L. BRANDS, INC., and DOES 1 to 50, inclusive | Date:  February 17, 2016 Time: 9:00 a.m. Courtroom: 25, 8th Floor |
| 15 16 | Judge:  Hon. Kimberly J. Mueller |
| 17 | Settlement Judge: Hon. Kendall J. Newman |
| 18 　　　Defendants. | Complaint Filed:  July 24, 2015 Trial Date:      April 17, 2017 |
| 19 | |

20　　　　　　　　　　　　　　**STIPULATION**

21　　　　Plaintiff Barbara Boggs ("Plaintiff") and Defendants (with Plaintiff, the

22　"Parties") jointly submit their request to continue the Early Settlement Conference,

23　currently set for February 17, 2016, and which was only scheduled as of February 5,

24　2016, for good cause as set forth below:

25　　　　1.　This action is a personal injury action arising out a trip and fall wherein

26　　　　　　Plaintiff is alleging significant injury and monetary damages;

27　　　　2.　At the time that this request is submitted, the Parties have not exchanged

28　　　　　　Initial Disclosures, so the Parties are without the benefit of having



received and reviewed information pertinent to their respective claims and defenses;

3. Defendants have also not yet ascertained Plaintiff's prior medical history and, as a result, have not yet been able to determine whether any of the injuries Plaintiff claims arising out of this incident were pre-existing or whether Plaintiff has received treatment prior to the incident for injuries that she may now attribute to this incident;

4. Given the current date of the Early Settlement Conference, the Parties agree that they have insufficient time to adequately prepare for the Settlement Conference and to make it productive and geared toward possible resolution;

5. The Parties did not anticipate that at the Initial Status Conference held on January 21, 2016, that the date of the Settlement Conference would essentially preclude the Parties from being able to preliminarily investigate the others respective claims, injuries and defenses; and

6. Defendant's counsel contacted Judge Newman's courtroom and obtained an alternative date of May 6, 2016 to hold the Settlement Conference that is convenient to Judge Newman.

///
///
///
///
///
///
///
///
///
///



15-1920 Boggs v. Victoria's Secret Order re
Stip to Continue Settlement Conference

- 2 -

1    In light of the foregoing, IT IS HEREBY STIPULATED by and between the

2 Parties, by and through their respective counsel that the Settlement Conference

3 currently set for February 17, 2016 should be continued to May 6, 2016.

4

5 Dated:  February 11, 2016

                                                    SMITH DOLLAR PC
6
                                                          /s/ Richard R. Sutherland
7                                            By_____
                                                    Richard R. Sutherland
8                                                    Attorney for Defendants

9

10

11
   Dated:  February 11, 2016              QUINN & KRONLUND, LLP
12

13
                                             By_____
14                                                  Michael C. Kronlund
                                                    Attorney for Plaintiff Barbara Boggs
15

16

17

18

19

20

21

22

23

24

25

26

27

28



**ORDER**

Having reviewed the Stipulation submitted by the Parties, and good cause appearing, the Court hereby GRANTS the request to continue the Early Settlement Conference.

The Settlement Conference currently set for February 17, 2016, is hereby vacated and continued to May 6, 2016, at 9:00 a.m., in Courtroom 25, 8th Floor, before Magistrate Judge Kendall J. Newman.


SO ORDERED.

Dated:  February 11, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



15-1920 Boggs v. Victoria's Secret Order re
Stip to Continue Settlement Conference

- 1 -

PROOF OF SERVICE