UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BOGGS, | No. 2:15-CV-01920- KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| VICTORIA'S SECRET, et al., | |
| Defendants. | |

The stipulated request for leave to file an amended complaint, ECF No. 10, is GRANTED. Plaintiff Barbara Boggs may file an amended complaint omitting the defendants referred to in the parties' stipulation as the "improper defendants" and including Victoria's Secret Stores, LLC as a defendant. Upon the filing of such an amended complaint, the improper defendants will be dismissed with prejudice. No other amendments, changes, revisions, additions, or deletions of parties, claims or otherwise may be made to the amended complaint save for the addition and deletion of the parties described in the parties' stipulation.

IT IS SO ORDERED.

DATED: March 4, 2016

_____
UNITED STATES DISTRICT JUDGE

1