Rachel M. Dollar, SBN 199977
Richard R. Sutherland, SBN 240858
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101

Attorneys for Defendants VICTORIA'S SECRET, VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., L. BRANDS STORE DESIGN AND CONSTRUCTION, INC., L. BRANDS DIRECT FULFILLMENT, INC., L. BRANDS, INC.

## U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO DIVISON)

| | |
|---|---|
| BARBARA BOGGS,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET, VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., L. BRANDS STORE DESIGN AND CONSTRUCTION, INC., L. BRANDS DIRECT FULFILLMENT, INC., L. BRANDS, INC., and DOES 1 to 50, inclusive<br><br>    Defendants. | CASE NO.: 2:15-CV-01920- KJM-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: May 6, 2016<br>Time: 9:00 a.m.<br>Courtroom: 25, 8th Floor<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Settlement Judge: Hon. Kendall J. Newman<br><br>Complaint Filed: July 24, 2015<br>Trial Date:       April 17, 2017 |

### **STIPULATION**

Plaintiff Barbara Boggs ("Plaintiff") and Defendants (with Plaintiff, the "Parties") jointly submit their request to continue the Settlement Conference, currently set for May 6, 2016, for good cause as set forth below:

1. This action is a personal injury action arising out a trip and fall wherein Plaintiff is alleging significant injury and monetary damages;
2. The parties previously submitted a Stipulation and Order to continue a Settlement Conference from February 5, 2016 to May 6, 2016;
3. At the time, the Parties were discussing the dismissal of certain



       defendants who were improperly named, and for Plaintiff to file an Amended Complaint to name the proper defendant to this action;

4. On March 4, 2016, this Court entered an Order granting Plaintiff leave to file an Amended Complaint which would have dismissed the improper defendants and added the proper defendant per a stipulation of the parties;

5. The Court's March 4, 2016 Order, however, inadvertently dismissed the improper defendants with prejudice, as opposed to without prejudice as agreed-upon by the parties, and Plaintiff has only just submitted a proposed order remedying this issue and, if entered, ;

6. Due to the erroneous March 4, 2016 Order, and Plaintiff's delay in filing an Amended Complaint in order to name the proper defendant, the parties have not yet completed the discovery necessary for the May 6, 2016 Settlement Conference to constitute a meaningful opportunity to try and resolve this matter;

7. Plaintiff is also now unavailable for the May 6, 2016 Settlement Conference due to the fact she will be traveling out-of-state for a family event that cannot be rescheduled;

8. The parties believe that with additional time to complete the necessary discovery, a later settlement conference will only have a greater likelihood of resolving this dispute;

9. Defendant's counsel contacted Judge Newman's courtroom and obtained an alternative date of August 2, 2016 to hold the Settlement Conference that is convenient to Judge Newman, the parties' and their counsel.

///
///
///

1 In light of the foregoing, IT IS HEREBY STIPULATED by and between the
2 Parties, by and through their respective counsel that the Settlement Conference
3 currently set for May 6, 2016 should be continued to August 2, 2016.

Dated:  April 8, 2016

SMITH DOLLAR PC

By  /s/ Richard R. Sutherland
Richard R. Sutherland
Attorney for Defendants

Dated:  April 8, 2016

QUINN & KRONLUND, LLP

By  /s/ Michael C. Kronlund
Michael C. Kronlund
Attorney for Plaintiff Barbara Boggs



BOGGS (15cv1920) stip cont stmt conf                                     - 3 -
STIP AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

**ORDER**

Having reviewed the Stipulation submitted by the Parties, and good cause appearing, the Court hereby GRANTS the request to continue the Settlement Conference.

The Settlement Conference currently set for May 6, 2016, is hereby vacated and continued to August 2, 2016, at 9:00 a.m., in Courtroom 25, 8th Floor, before Magistrate Judge Kendall J. Newman.

SO ORDERED.

Dated:  April 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SONOMA

I am employed in the County of Sonoma, State of California. I am over the age of 18 and not a party to the within action. My business address is 404 Mendocino Avenue, Second Floor, Santa Rosa, CA 95401.

On April 8, 2016, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[X] **BY MAIL** - I deposited such envelope in the mail at Santa Rosa, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Rosa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 8, 2016, at the address above.

/s/ Stephanie Abbott
_____
Stephanie D. Abbott

## SERVICE LIST

***BARBARA BOGGS v. VICTORIA'S SECRET, VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., L. BRANDS STORE DESIGN AND CONSTRUCTION, INC., L. BRANDS DIRECT FULFILLMENT, INC., L. BRANDS, INC., and DOES 1 to 50, inclusive***

U.S. District Court, Eastern District of California, Case No.2:15-CV-01920- KJM-KJN

| | |
|---|---|
| Michael C. Kronlund<br>Kevin J. Hermanson<br>Quinn & Kronlund, LLP<br>509 W. Weber Avenue, Suite 400<br>Stockton, CA 95203 | Plaintiff Barbara Boggs<br>Telephone:  (209) 943-3950<br>Facsimile:  (209) 943-3505<br>Email:  mkronlund@quinnlaw.net |

