UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BOGGS, | No. 2:15-cv-1920-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| VICTORIA'S SECRET STORES, LLC, | |
| Defendant. | |

On May 27, 2016, the parties filed a proposed stipulated protective order for the court's consideration and approval. (ECF No. 19.) For the reasons discussed below, the court DECLINES to approve the proposed stipulated protective order, but without prejudice to submission of an amended version.

The court will not approve a stipulated protective order that provides that the designation of documents (including transcripts of testimony) as confidential pursuant to the order automatically entitles the parties to file such a document with the court under seal. The parties must instead comply with Local Rules 140 and 141 with respect to requests to seal or redact documents, as well as any additional provisions related to sealing specifically outlined in the assigned district judge's scheduling order. (See ECF No. 7 at 5, Section VII [Sealing].) An appropriate stipulated protective order shall incorporate and refer to such provisions.

////

The court also declines to approve a stipulated protective order that limits the testimony of parties or non-parties, or the use of certain documents, at any court hearing or trial—such determinations will only be made by the court at the hearing or trial, or upon an appropriate motion.

Finally, pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of a stipulated protective order after the action is terminated. Accordingly, an appropriate stipulated protective order shall not include such a provision.

In light of the above, IT IS HEREBY ORDERED that the parties' proposed stipulated protective order (ECF No. 19) is DISAPPROVED, but without prejudice to submission of an amended version.

Dated:  June 6, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE