UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BOGGS, | No. 2:15-cv-1920-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| VICTORIA'S SECRET STORES, LLC, | |
| Defendant. | |

On June 30, 2016, the court conducted an informal telephonic discovery conference in this matter. Attorney Michael Kronlund appeared on behalf of plaintiff, and attorney Richard Sutherland appeared on behalf of defendant. After carefully considering the parties' joint letter brief and oral argument at the conference, IT IS HEREBY ORDERED that:

1. Defendant shall produce to plaintiff a copy of the store security video at issue prior to plaintiff's deposition.
2. Because plaintiff's deposition is presently scheduled for July 7, 2016, defendant shall produce the copy of the video to plaintiff no later than 4:00 p.m. on July 5, 2016.

IT IS SO ORDERED.

Dated: July 1, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1