UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA BOGGS, | CASE NO.: 2:15-CV-01920- KJM-KJN |
| Plaintiff, | ORDER RE: FILING OF DISPOSITIONAL SETTLEMENT DOCUMENTS |
| v. | |
| VICTORIA'S SECRET, et al., | |
| Defendants. | |

Pursuant to Stipulation of the parties and good cause appearing therefore,

The deadline for filing of dispositional settlement documents is hereby extended to March 3, 2017.

IT IS SO ORDERED.

Dated: January 4, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE